# Morgan Lewis

**Bryan M. Killian**
Partner
+1.202.373.6191
bryan.killian@morganlewis.com

May 5, 2026

**VIA ACMS**

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:  *Chamber of Commerce of the United States v. Bartolomeo*, No. 26-940
Appellant's Scheduling Request

Dear Ms. Wolfe:

I represent Appellant Connecticut Business and Industry Association in the above-captioned matter.  In accordance with Local Rule 31.2(a)(1)(A), I write to respectfully request that the Court set July 24, 2026, as the due date for Appellant's principal brief.  This date is 91 days after April 24, 2026, the date on which Appellant filed Form D, indicating no transcript will be ordered.

Respectfully submitted,

*/s/ Bryan M. Killian*
Bryan M. Killian
*Counsel for Appellant*

cc:  All Counsel of Record (Via ACMS)

**Morgan, Lewis & Bockius LLP**

1111 Pennsylvania Avenue, NW
Washington, DC  20004
United States

**T** +1.202.739.3000
**F** +1.202.739.3001