# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of October, two thousand twenty-six.

---

Connecticut Business and Industry Association,

Plaintiff - Appellant,

v.

Dante Bartolomeo, in her official capacity as the Commissioner of the Connecticut Department of Labor, William Tong, Attorney General, in his official capacity as Attorney General of Connecticut,

Defendants - Appellees.

---

**ORDER**

Docket No. 26-940

Appellant moves for a 21-day extension, to December 4, 2026, to file its reply brief.

IT IS HEREBY ORDERED that the unopposed motion is GRANTED.

For the Court**:**
Catherine O'Hagan Wolfe,
Clerk of Court

